Jordan Kilby
SMITH & STEPHENS, P.C.
315 West Pine
PO Box 7337
Missoula, Montana 59807
Phone: (406) 721-0300
Fax: (406) 721-5370
jordan@smithstephens.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br>v.<br><br>TYLER ROE,<br><br>                  Defendant. | No. CR-11-37-M-DWM<br><br>**DEFENDANT'S MOITON IN LIMINE REGARDING PRIOR CONVICTIONS** |

**MOTION**

Tyler Roe (Roe), through his counsel of record, and pursuant to

Federal Rules of Evidence 402 and 403, respectfully moves this Court to

enter an Order excluding from the admissible evidence in the upcoming trial

in this matter Roe's conviction, punishments and arrests.

Counsel for the Government has been contacted and objects to this

Motion.

The reasons for this Motion are set forth in an accompanying Brief in

Support.

RESPECTFULLY submitted this 3rd day of August, 2011.


SMITH & STEPHENS, P.C.
*Attorneys for Defendant*


By: /s/      Jordan Kilby
       Jordan Kilby

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on the following electronically:

Tara J. Elliot                                   [ ] U.S. Mail
U.S. Attorney's Office                           [ ] Hand Delivery
P.O. Box 8329                                    [X] CM/ECF
Missoula, MT 59802                               [ ] Email


Tyler Roe                                        [X] U.S. Mail
210 Battle Ridge Drive                           [ ] Hand Delivery
Kalispell, MT 59901                              [ ] Federal Express
                                                 [ ] Email


DATED this 3rd  day of August, 2011.

/s/Jordan Kilby
Jordan Kilby