Jordan Kilby
SMITH & STEPHENS, P.C.
315 West Pine
PO Box 7337
Missoula, Montana 59807
Phone: (406) 721-0300
Fax: (406) 721-5370
jordan@smithstephens.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>v.<br><br>TYLER ROE,<br><br>            Defendant. | No. CR-11-37-M-DWM<br><br>**NOTICE OF INTENT TO RAISE AFFIRMATIVE DEFENSE OF ESTOPPEL** |

**MOTION**

Tyler Roe (Roe), through his counsel of record, pursuant to Rule 12(e) of the Federal Rules of Criminal Procedure, hereby notifies the Government and the Court of his intent to rely on the affirmative defense of Estoppel.

RESPECTFULLY submitted this 3rd day of August, 2011.

                                      SMITH & STEPHENS, P.C.
                                      *Attorneys for Defendant*

                              By: /s/     Jordan Kilby
                                      Jordan Kilby

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on the following electronically:

| | |
|---|---|
| Tara J. Elliot | [ ] U.S. Mail |
| U.S. Attorney's Office | [ ] Hand Delivery |
| P.O. Box 8329 | [X] CM/ECF |
| Missoula, MT 59802 | [ ] Email |

| | |
|---|---|
| Tyler Roe | [X] U.S. Mail |
| 210 Battle Ridge Drive | [ ] Hand Delivery |
| Kalispell, MT 59901 | [ ] Federal Express |
| | [ ] Email |

DATED this 3rd day of August, 2011.

/s/Jordan Kilby
Jordan Kilby